**Order entered August 11, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00154-CR**
**No. 05-20-00155-CR**

**CHARLES TURNER GLOVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55030-H & F18-55032-H**

**ORDER**

Appellant's brief was due on June 13, 2020. When it was not filed, we notified appellant by postcard dated June 17 and directed him to file a brief and a motion to extend time to file the same within ten days. The following day, appellant filed an extension motion which we granted, making the brief due on July 18, 2020. To date, no brief has been filed and we have had no communication from appellant.

We **ORDER** appellant's brief filed by **August 21, 2020**. Failure to do so will result in the appeal being abated without further notice for a hearing under rule 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1, to Valencia Bush, and the Dallas County District Attorney Appellate Division.

/s/ LANA MYERS
   JUSTICE